**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Triumph Engine Control Systems, LLC<br><br>      PLAINTIFF,<br><br>V.<br><br>United States<br><br>      DEFENDANT. | Court Number: 1:19-cv-00130-N/A<br><br>**CUSTOMS CASE<br>MANAGEMENT<br>CALENDAR** |

## ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

 Mario Toscano
 Clerk of the Court

Date: 8/4/2021

By:  /s/ Stephen Swindell

 Deputy Clerk