UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRIUMPH ENGINE CONTROL SYSTEMS, LLC, | : <br> : <br> : Judge M. Miller Baker <br> : |
| Plaintiff, | : <br> : |
| v. | : Court Nos. 19-00094, <br> : 19-00108, 19-00109, |
| UNITED STATES, | : 19-00110 and 19-00130 <br> : |
| Defendant. | : |

**PLAINTIFF'S CONSENT MOTION FOR TEST CASE DESIGNATION AND SUSPENSION**

Pursuant to Rules 7(b) and 83 of the United States Court of International Trade ("CIT"), Plaintiff, Triumph Engine Control Systems, LLC ("Plaintiff"), with the consent of Defendant, the United States, by and through undersigned counsel, respectfully requests the Court to designate Court No. 19-00094 as a test case, and suspend Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130 under the designated test case, as each case involves the same or similar merchandise and the same question of law or fact as Court No. 19-00094.

Plaintiff requests that Court No. 19-00094 be designated as a test case. The five instant actions concern the classification of circuit card assemblies ("CCAs") under the Harmonized Tariff Schedule of the United

{0179420.DOCX;1}

Court Nos. 19-00094, 19-00108, 19-00109, 19-00110 and 19-00130
Page 2 of 4

States ("HTSUS"). U.S. Customs and Border Protection ("CBP") denied Plaintiff's protests and classified the circuit card assemblies under HTSUS Heading 8538. Plaintiff protested the classification at liquidation, claiming that the circuit card assemblies are properly classified under HTSUS Heading 9032. CBP denied the protests and these actions were commenced pursuant to 28 U.S.C 1581(a), submitting that the circuit card assemblies are properly classified under HTSUS Heading 9032.

The proposed test case involves merchandise and legal issues that are substantially identical to those in Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130, each which cover substantially identical (and in certain instances exactly identical) circuit card assemblies. Designation as a test case is appropriate for Court No. 19-00094 because a single decision rendered by the Court in 19-00094 will avoid duplicative litigation and conserve judicial resources. Given the common questions of law and fact in Court No. 19-00094 and Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130 and given that Plaintiff intends Court No. 19-00094 to proceed first to final determination for purposes of deciding

Court Nos. 19-00094, 19-00108, 19-00109, 19-00110 and 19-00130
Page 3 of 4

whether Plaintiff has a right to recovery in the subsequently filed cases (19-00108, 19-00109, 19-00110 and 19-00130), Plaintiff submits that 19-00094 is an appropriate candidate for test case designation.

In accordance with Rule 83(f) and pending determination of 19-00094 as a test case, Plaintiff respectfully requests the Court to suspend Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130 under the test case. The issue in these actions also concern the classification of circuit card assemblies which were liquidated under HTSUS Heading 8538 and are claimed to be classifiable under HTSUS Heading 9032. Plaintiff submits that the legal issue in the cases identified for suspension (Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130) are identical to that presented in Court No. 19-00094.

Plaintiff submits to the Court that it is actively prosecuting Court No. 19-00094 pursuant to Rule 83(f) and, once the case is designated, Plaintiff will promptly seek suspension of its other cases involving the same questions of law or fact.

On September 16, 2021, based upon representations of Plaintiff's counsel as to the basis of the test case, but without agreement to all facts

Court Nos. 19-00094, 19-00108, 19-00109, 19-00110 and 19-00130
Page 4 of 4

stated therein, Defendant consents to the test case and suspension motion.

WHEREFORE, Plaintiff respectfully requests that Court No. 19-00094 be designated as a test case and that Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130 be placed on the Suspension Calendar.

Respectfully submitted,

Date: September 16, 2021    /s/ George R. Tuttle, III
George R. Tuttle, III

Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive
Suite 310
San Rafael, CA 94903
geo@tuttlelaw.com
415-288-0428

*Counsel for Plaintiff*

 /s/ Adrienne Braumiller
Adrienne Braumiller

Braumiller Law Group, PLLC
5220 Spring Valley Road,
Ste.200
Dallas, Texas 75254
Adrienne@braumillerlaw.com
214-348-9306

*Counsel for Plaintiff*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRIUMPH ENGINE CONTROL SYSTEMS, LLC, | : <br> : <br> : Judge M. Miller Baker |
| Plaintiff, | : <br> : |
| v. | : Court Nos. 19-00094, <br> : 19-00108, 19-00109, |
| UNITED STATES, | : 19-00110 and 19-00130 <br> : |
| Defendant | : |

## ORDER

Upon review of Plaintiff's, Triumph Engine Control Systems, LLC ("Triumph"), Consent Motion for Test Case Designation and Suspension, and upon consideration of other papers and proceedings herein, it is hereby ORDERED that the Plaintiff's motion be, and hereby is, granted, and further—

**ORDERED** that Court No. 19-00094 be designated as a test case pursuant to Rule 83(f);

**ORDERED** that Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130 be suspended under the designated test case of Court No. 19-00094.

Date: _____
  New York, New York

_____
Judge M. Miller Baker
U.S. Court of International Trade

{0179420.DOCX;1}